# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

131311 & (18)

PHILLIP MARCUS MAYS,
        Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
        Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131311
COA: 266358
Ingham CC: 04-001727-AH

      On order of the Court, the motion for immediate consideration is considered, and it is GRANTED. The application for leave to appeal the April 27, 2006 order of the Court of Appeals is also considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

s0724